[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15996
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00048-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ZACHARY T. FREY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 12, 2012)

Before CARNES, MARCUS and WILSON, Circuit Judges

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Zachary T. Frey in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Frey's conviction and sentence are **AFFIRMED**.